**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Manuel Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>MANUEL PEREZ,<br><br>　　Defendant. | No. 2:19-CR-00104 TLN<br><br>**ORDER GRANTING DEFENDANT MANUEL PEREZ'S EX PARTE APPLICATION FOR MODIFICATION OF PRETRIAL CONDITIONS OF RELEASE TO ALLOW MR. PEREZ TO VISIT WITH HIS CHILDREN ON SATURDAYS FROM 1:00 P.M. TO 4:00 P.M. WHILE HE IS ON PRETRIAL RELEASE** |

The Court hereby grants Defendant Manuel Perez's request for modification of his pretrial conditions of release so that Mr. Perez is allowed to visit with his children on Saturdays from 1:00 p.m. to 4:00 p.m. while he is on pretrial release. All other conditions of release shall remain in full force.

IT IS SO ORDERED.

Dated: January 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1