1  **Jesse I. Santana (State Bar No. 132803)**
   **Santana and Smith Law Firm, P.C.**
2  The Historic Winship Building
   500 Second Street
3  Yuba City, CA 95991
4  TEL: (530) 822-9500
   FAX: (530) 751-7910
5
6  Attorney for Defendant
   Manuel Perez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-CR-00104 TLN |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT MANUEL PEREZ'S EX PARTE APPLICATION GRANTING APPROVAL OF PRETRIAL SERVICES' ATTACHED AMENDED SPECIAL CONDITIONS OF RELEASE WHICH WILL ALLOW MR. PEREZ TO RESIDE WITH HIS GIRLFRIEND AND NOT WITH HIS MOTHER** |
| v. | |
| MANUEL PEREZ, | |
| Defendant. | |

The Court hereby grants Defendant Manuel Perez's ex parte application and approves Pretrial Services' attached amended special conditions of release which will allow Mr. Perez to reside with his girlfriend Sydney Katherine Sellers at 73 E. Walker Street, Apartment 6, Orland, California and not with his mother. All other conditions of release shall remain in full force.

IT IS SO ORDERED.

Dated: April 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Perez, Manuel Rubin
No.: 2:19-CR-00104 TLN
Date: April 3, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must cooperate in the collection of a DNA sample;

3. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

4. You must not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

5. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

6. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

7. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

8. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

9. *You must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer*

10. You shall not have any contact with any codefendants in this or any related pending cases;

11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. CURFEW: You must remain inside your residence every day from 8 p.m. to 6 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations or as adjusted by the pretrial services officer; and,

13. You must not associate or have any contact with any known gang members or co-defendants related to your underlying criminal case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.