**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-791
jesse@santanalaw.net

Attorneys for Defendant
Manuel Perez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL PEREZ,<br><br>Defendant. | No. 2:19-CR-00104 TLN<br><br>**ORDER GRANTING DEFENDANT MANUEL EX PARTE APPLICATION GRANTING APPROVAL OF PRETRIAL SERVICES' ATTACHED THIRD AMENDED SPECIAL CONDITIONS OF RELEASE WHICH REMOVE THE CONDITIONS OF LMON AND CURFEW** |

The Court hereby grants Defendant Manuel Perez's ex parte application and approves Pretrial Services' attached third amended special conditions of release which remove the conditions of LMON and curfew. All other conditions of release shall remain in full force.

IT IS SO ORDERED.

Date: July 24, 2020.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1