**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910
jesse@santanalaw.net

Attorney for Defendant
Manuel Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL PEREZ,<br><br>Defendant. | No. 2:19-CR-00104 TLN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT MANUEL PEREZ'S VIOLATION OF CONDITION OR RELEASE AND THAT THIS MATTER BE HANDLED INFORMALLY WITH THE PROPOSED ADDED/MODIFIED CONDITIONS OF RELEASE** |

It is hereby stipulated between the parties, Plaintiff United States of America, through Assistant U.S. Attorney Vicenza Rabenn, and Defendant Manuel Perez, through his attorney Jesse I. Santana, as follows:

1. Mr. Perez has violated his conditions of release by testing presumptively positive for Amphetamines and admitting to Methamphetamine use.

2. As a result, Pretrial Services is recommending, and the Assistant United States Attorney has no objection, that this matter be handled informally with added/modified conditions of release. The parties stipulate that the terms of Mr. Perez's pretrial conditions of release be modified as reflected in the attached Amended Pretrial

1

Services Release conditions, including the following added/modified conditions:

    1.    Mr. Perez must complete a 14-day quarantine period at his residence. During this 14-day quarantine period, Mr. Perez must remain inside his residence at all times except for medical needs preapproved by the Pretrial Services Officer. Mr. Perez must comply with any and all telephonic and virtual (video) reporting instructions given to Mr. Perez by the Pretrial Services office.

    2.    Following the 14-day quarantine period, Mr. Perez must attempt to obtain a COVID-19 test with a medical provider at a location approved by the Pretrial Services Officer, and Mr. Perez must report the results of his COVID-19 test to Pretrial Services immediately upon receipt.

    3.    Upon completion of the 14-day quarantine period and after Mr. Perez has submitted a negative COVID-19 test result to Pretrial Services, Mr. Perez must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in Mr. Perez's residence and a radio frequency transmitter device attached to Mr. Perez's person. Mr. Perez must comply with all instructions for the use and operation of said devices as given to Mr. Perez by the Pretrial Services Agency and employees of the monitoring company. Mr. Perez must pay all or part of the costs of the program based upon Mr. Perez's ability to pay, as determined by the pretrial services officer.

    4.    CURFEW: Mr. Perez must remain inside his residence every day from 7:00P.M. to 8:00A.M., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

    5.    Mr. Perez must participate in the substance abuse treatment program at the Unity House, and comply with all the rules and regulations of the program. Mr. Perez shall remain at the Unity House facility until released by the pretrial services officer.

    6.    Upon successful completion of the Unity House program, Mr. Perez must reside at a location approved by Pretrial Services, and Mr. Perez must not change his residence

or absent himself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

Respectfully submitted,

Date: December 22, 2020.         /s/ Jesse I. Santana
                                 JESSE I. SANTANA

                                 Attorney for Defendant
                                 Manuel Perez

Date: December 22, 2020.         /s/ Vincenza Rabenn
                                 Vincenza Rabenn

                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

3

Case 2:19-cr-00104-TLN   Document 89   Filed 12/23/20   Page 4 of 5

| | |
|---|---|
| 1 | **Jesse I. Santana (State Bar No. 132803)** |
| 2 | **Santana and Smith Law Firm, P.C.** |

**Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Manuel Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MANUEL PEREZ, <br><br> Defendant. | No. 2:19-CR-00104 TLN <br><br> **ORDER RE: DEFENDANT MANUEL PEREZ'S VIOLATION OF CONDITION OR RELEASE AND THAT THIS MATTER BE HANDLED INFORMALLY WITH THE PROPOSED ADDED/MODIFIED CONDITIONS OF RELEASE** |

Pursuant to the stipulation of the parties, Defendant Manuel Perez's pretrial conditions of release are hereby modified as reflected in the attached Amended Pretrial Services Release conditions, including the following added/modified conditions:

    1.    Mr. Perez must complete a 14-day quarantine period at his residence. During this 14-day quarantine period, Mr. Perez must remain inside his residence at all times except for medical needs preapproved by the Pretrial Services Officer. Mr. Perez must comply with any and all telephonic and virtual (video) reporting instructions given to Mr. Perez by the Pretrial Services office.

    2.    Following the 14-day quarantine period, Mr. Perez must attempt to obtain a COVID-19 test with a medical provider at a

4

location approved by the Pretrial Services Officer, and Mr. Perez must report the results of his COVID-19 test to Pretrial Services immediately upon receipt.

3. Upon completion of the 14-day quarantine period and after Mr. Perez has submitted a negative COVID-19 test result to Pretrial Services, Mr. Perez must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in Mr. Perez's residence and a radio frequency transmitter device attached to Mr. Perez's person. Mr. Perez must comply with all instructions for the use and operation of said devices as given to Mr. Perez by the Pretrial Services Agency and employees of the monitoring company. Mr. Perez must pay all or part of the costs of the program based upon Mr. Perez's ability to pay, as determined by the pretrial services officer.

4. CURFEW: Mr. Perez must remain inside his residence every day from 7:00P.M. to 8:00A.M., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

5. Mr. Perez must participate in the substance abuse treatment program at the Unity House, and comply with all the rules and regulations of the program. Mr. Perez shall remain at the Unity House facility until released by the pretrial services officer.

6. Upon successful completion of the Unity House program, Mr. Perez must reside at a location approved by Pretrial Services, and Mr. Perez must not change his residence or absent himself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

Dated: December 22, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE