1 **Jesse I. Santana (State Bar No. 132803)**
**Santana and Smith Law Firm, P.C.**
2 The Historic Winship Building
500 Second Street
3 Yuba City, CA 95991
TEL: (530) 822-9500
4 FAX: (530) 751-7910
jesse@santanalaw.net
5
Attorney for Defendant
6 Manuel Perez

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11
UNITED STATES OF AMERICA,      No. 2:19-CR-00104 TLN
12
   Plaintiff,
13
vs.                               **ORDER GRANTING DEFENDANT MANUEL PEREZ'S EX PARTE APPLICATION FOR**
14                                          **MODIFICATION OF SECURED BOND BY**
MANUEL PEREZ,              **REMOVING ONLY AMANDA WALSH'S HOME**
15                                          **AT 41 E. COLUSA STREET IN ORLAND, CA**
   Defendant.                    **AND REPLACING IT WITH AN UNSECURED**
16 _____/    **BOND SIGNED BY MS. WALSH**

17
     The Court hereby grants Defendant Manuel Perez request that the Court modifies the
18
secured bond in this case by removing only Amanda Walsh's home at 41 E. Colusa Street in
19
Orland, California and replacing it with an unsecured bond signed by Ms. Walsh. All other
20
conditions of the bond, including Pretrial Services supervision and special conditions of release
21
shall remain in full force.
22

23
     IT IS SO ORDERED.
24

25
Dated: January 8, 2021.                      _____
26                                           HON. MAGISTRATE JEREMY D. PETERSON

27                                            UNITED STATES MAGISTRATE JUDGE

28