The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>MANUEL RUBIN PEREZ, and GREGORIO ROJAS.<br><br>　　　　　Defendants. | Case Number:  2:19-CR-0104 TLN<br><br>**STIPULATION AND ORDER**<br><br>Date: February 10, 2022<br>Time: 9:30 am<br>Judge: Hon. Troy L. Nunley |

　　　　Plaintiff United States of America, by and through its counsel of record, and the Defendants, by and through each counsel of record, hereby stipulate as follows:

　　　　1.　　Attorney Hedberg needs additional time to review discovery and need time to review it with his client. Attorney Hedberg needs further time to review the discovery and work with his client. Further, the current Coronavirus and accompanying stay at home, court closure and social distancing directives from County, State and Federal governmental authorities have

1

impinged upon both counsel's ability to confer with their clients and the Government's ability to conduct further investigation into important issues in this case.

2. Attorney Santana has informed me that his client has been arrested and is now in custody

3. By this stipulation, the parties now move to continue the status conference until April 7, 2022 at 9:30 am, and to exclude time between, February 10, 2022 and April 7, 2022, under Local Code T4. Plaintiff does not oppose this request.

4. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided discovery associated with this case.

b. Counsel for Defendants desire time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for these matters and to discuss potential resolutions with their clients.

Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2022, to April 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. The parties ask that the Court find for the purposes of computing time for this defendant under the Speedy Trial Act, within which trial must commence, the time period of February 10, 2022, to April 7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M].

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg                                    /s/James Conolly
Olaf W. Hedberg                                         James Conolly
Attorney for Gregorio Rojas                   Assistant United States Attorney


/s/Jesse Santana
 Jesse Santana
Attorney for Manuel Perez

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the February 10, 2022 status conference be continued to April 7, 2022 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendants' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 and Local Code M from the date of this order to April 7, 2022.

IT IS SO ORDERED.

Dated: February 4, 2022

Troy L. Nunley
United States District Judge