PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-104-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MANUEL RUBIN PEREZ, | DATE: March 9, 2023 |
| Defendant. | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.   This case was set for a status conference on March 9, 2023.  By this stipulation, the defendant now moves to continue the status conference to **May 18, 2023, at 9:30 a.m.**, and to exclude time between March 9, 2023, and May 18, 2023, under Local Code T4.

2.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has produced discovery in this matter, which includes roughly 1,000 pages of investigative reports and photographs, as well as electronic video recordings.

   b)   Defense counsel will need additional time to investigate and to research the current charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.  The lingering pandemic, which has included governmental stay at home, court closure, and social distancing directives, has hampered defense counsel's ability to

investigate and to meet with his client.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between March 9, 2023, and May 18, 2023, inclusive, is deemed excludable pursuant to the Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  3. Nothing in this stipulation and order shall preclude a finding that additional time periods are excludable under the Speedy Trial Act for calculating the date on which trial must begin.

  IT IS SO STIPULATED.

Dated:  March 7, 2023       PHILLIP A. TALBERT
                United States Attorney

                /s/ JAMES R. CONOLLY
                JAMES R. CONOLLY
                Assistant United States Attorney

Dated:  March 7, 2023       /s/ JESSE SANTANA
                JESSE SANTANA
                Counsel for Defendant
                MANUEL RUBIN PEREZ

### ORDER

IT IS SO FOUND AND ORDERED this 7th day of March, 2023.

_____
Troy L. Nunley
United States District Judge