PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL RUBIN PEREZ, <br><br> Defendant. | CASE NO. 2:19-CR-104-TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: December 7, 2023 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This case was set for a status conference on December 7, 2023. By this stipulation, the defendant now moves to continue the status conference to March 14, 2024, and to exclude time between December 7, 2023, and March 14, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in this matter, which includes roughly 1,000 pages of investigative reports and photographs, as well as electronic video recordings.

   b) Defense counsel Matthew Smith has substituted in as counsel in this case within the last month. He is, at present, getting up to speed on this case and meeting with his client to discuss how to proceed. He will need additional time to investigate and to research the current charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to

otherwise prepare for trial.

        c)        Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between December 7, 2023, and March 14, 2024, inclusive, is deemed excludable pursuant to the Court's General Orders, and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.        Nothing in this stipulation and order shall preclude a finding that additional time periods are excludable under the Speedy Trial Act for calculating the date on which trial must begin.

IT IS SO STIPULATED.

Dated:  December 5, 2023        PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  December 5, 2023        /s/ MATTHEW SMITH
MATTHEW SMITH
Counsel for Defendant
MANUEL RUBIN PEREZ

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of December, 2023.

Troy L. Nunley
United States District Judge