PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RUBIN PEREZ,<br><br>Defendant. | CASE NO. 2:19-CR-104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 18, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This case was set for a status conference on July 18, 2024. By this stipulation, the defendant now moves to continue the status conference to September 12, 2024, at 9:30 a.m., and to exclude time between July 18, 2024, and September 12, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in this matter, which includes roughly 1,000 pages of investigative reports and photographs, as well as video recordings.

   b) Since finishing a recent trial, defense counsel has continued to review discovery and meet with his client to discuss how to proceed, including discussing a proposed plea agreement the government has offered. He continues to do so and will need additional time to investigate and to research the current charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial. He will also need further time to discuss with the government any proposed or anticipated plea offer, in light of the discovery and

his client's position.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time between July 18, 2024, and September 12, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that additional time periods are excludable under the Speedy Trial Act for calculating the date on which trial must begin.

IT IS SO STIPULATED.

Dated: July 16, 2024	PHILLIP A. TALBERT
	United States Attorney

	/s/ JAMES R. CONOLLY
	JAMES R. CONOLLY
	Assistant United States Attorney

Dated: July 16, 2024	/s/ MATTHEW SMITH
	MATTHEW SMITH
	Counsel for Defendant
	MANUEL RUBIN PEREZ

### ORDER

IT IS SO FOUND AND ORDERED this 16th day of July, 2024.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT
2