PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-104-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MANUEL RUBIN PEREZ, | DATE: September 12, 2024 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. This case was set for a status conference on September 12, 2024. By this stipulation, the defendant now moves to continue the status conference to November 14, 2024, and to exclude time between September 12, 2024, and November 14, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery in this matter, which includes roughly 1,000 pages of investigative reports and photographs, as well as video recordings.

    b) Since resolving several other federal cases that defense counsel inherited when his partner was appointed to the California Superior Court bench, defense counsel has continued to review discovery and meet with this final client to discuss how to proceed, including discussing a proposed plea agreement the government has offered. He continues to do so and will need additional time to investigate and to research the current charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial. He will also need

further time to discuss with the government any proposed or anticipated plea offer, in light of the discovery and his client's position.

  c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time between September 12, 2024, and November 14, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  3. Nothing in this stipulation and order shall preclude a finding that additional time periods are excludable under the Speedy Trial Act for calculating the date on which trial must begin.

IT IS SO STIPULATED.

Dated: September 9, 2024  PHILLIP A. TALBERT
  United States Attorney

  /s/ JAMES R. CONOLLY
  JAMES R. CONOLLY
  Assistant United States Attorney

Dated: September 9, 2024  /s/ MATTHEW SMITH
  MATTHEW SMITH
  Counsel for Defendant
  MANUEL RUBIN PEREZ

//
//
//
//

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of September 2024.

								_____
								Troy L. Nunley
								United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3