PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MANUEL RUBIN PEREZ,<br><br>                              Defendant. | CASE NO.  2:19-CR-104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 16, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      This case was set for a status conference on January 16, 2024.  By this stipulation, the defendant now moves to continue the status conference to March 27, 2025, and to exclude time between January 16, 2024, at 9:30 a.m., and March 27, 2025, under Local Code T4.

2.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced discovery in this matter, which includes roughly 1,000 pages of investigative reports and photographs, as well as video recordings.

b)      The parties believe that they are close to resolution in this matter. Defense counsel has continued to review discovery and meet with his client to discuss how to proceed, including discussing a proposed plea agreement the government has offered.  Defense counsel also desires additional time to file and have heard motions with the California Superior Court regarding prior convictions that may impact his plea and sentencing positions.  He also continues investigation

and review discovery and will need additional time to research the current charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial, should the parties be unable to resolve the case.  He will also need further time to discuss with the government any proposed or anticipated plea offer, in light of the discovery and his client's position.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time between January 16, 2024, and March 27, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    3.    Nothing in this stipulation and order shall preclude a finding that additional time periods

2  are excludable under the Speedy Trial Act for calculating the date on which trial must begin.

3    IT IS SO STIPULATED.

4  Dated:  January 13, 2025                 PHILLIP A. TALBERT
                                            United States Attorney

5
                                            /s/ JAMES R. CONOLLY
6                                           JAMES R. CONOLLY
                                            Assistant United States Attorney

7  Dated:  January 13, 2025                 /s/ MATTHEW SMITH
8                                           MATTHEW SMITH
                                            Counsel for Defendant
9                                           MANUEL RUBIN PEREZ

10

11                                    **ORDER**

12    IT IS SO FOUND AND ORDERED this 14th day of January, 2025.

13

14

15

16                                          Troy L. Nunley
17                                          Chief United States District Judge

18

19

20

21

22

23

24

25

26

27

28