Matthew C. Smith
Beauchamp and Smith Law Firm, P.C.
The Historic Winship Building
500 Second Street
Yuba City, California 95991
Telephone:  (530) 822-9500
Facsimile:   (530) 751-7910

Attorneys for Defendant
Manuel Rubin Perez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>MANUEL RUBIN PEREZ,<br><br>                        Defendant. | CASE NO.  2:19-CR-104-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE JUDGMENT & SENTENCING HEARING; ORDER<br><br>DATE: May 14, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for judgment and sentencing on May 14, 2026. ECF No. 172.

2.      By this stipulation, the parties now jointly request to continue the sentencing until May 28, 2026.

3.      Defense counsel represents that he is in the process of investigating evidence to present in mitigation at sentencing.  Due to funding issues, defense counsel has been delayed finalizing a psychological evaluation for his client but believes this matter can be resolved and completed in the time requested for the continuance.

4.      Accordingly, by this stipulation, the parties now move to continue this matter for

STIPULATION AND ORDER                                                1

Judgment and Sentencing to May 28, 2026.

IT IS SO STIPULATED.

Dated:  May 5, 2026

ERIC GRANT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

Dated:  May 5, 2026

/s/ MATTHEW SMITH
MATTHEW SMITH
Counsel for Defendant
MANUEL RUBIN PEREZ

**ORDER**

For the reasons set forth in the stipulation above, and finding good cause, the Court hereby vacates the judgment and sentencing hearing set for May 14, 2026, at 9:30 a.m., and re-sets it for May 28, 2026, at 9:30 a.m., before this Court.

IT IS SO FOUND AND ORDERED this 8th day of May 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER

2