Matthew C. Smith
Beauchamp and Smith Law Firm, P.C.
The Historic Winship Building
500 Second Street
Yuba City, California 95991
Telephone: (530) 822-9500
Facsimile: (530) 751-7910

Attorney for Defendant
Manuel Rubin Perez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-104-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE RE JUDGMENT & SENTENCING HEARING; ORDER |
| v. | |
| MANUEL RUBIN PEREZ, | DATE: May 28, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for judgment and sentencing on May 28, 2026. ECF No. 172.

2.    By this stipulation, the parties now jointly request to continue the sentencing until July 9, 2026.

3.    Defense counsel represents that he is in the process of finalizing evidence to present in mitigation at sentencing. This matter was previously continued for a report from forensic psychologist Donald Siggins. The psychological testing and Dr. Siggins' findings have been shared with defense counsel, but the doctor has not completed his report due to illness. Defense counsel tried to contact Dr. Siggins over the weekend and only heard that he was ill on the evening of May 25, 2026. Defense counsel believes that presentation of this report is in the best interest of his client and the report will be

STIPULATION AND PROPOSED ORDER                    1

completed in the time requested for the continuance. The government will also need time to review the report in advance of sentencing, once defense counsel is able to produce it. Furthermore, defense counsel did file informal objections to the PSR but inadvertently did not file formal objections with the Court. This continuance will facilitate the filing of these formal objections by defense counsel before close of business on May 27, 2026. Based on the defense's representations, above, the government has no objection to this continuance.

4.      Accordingly, by this stipulation, the parties now move to continue this matter for Judgment and Sentencing to July 9, 2026.

IT IS SO STIPULATED.

Dated: May 25, 2026

ERIC GRANT
United States Attorney

/s/ JAMES CONOLLY
JAMES CONOLLY
Assistant United States Attorney

Dated: May 25, 2026

/s/ MATTHEW SMITH
MATTHEW SMITH
Counsel for Defendant
MANUEL RUBIN PEREZ

### ORDER

For the reasons set forth in the stipulation above, and finding good cause, the Court hereby vacates the judgment and sentencing hearing set for May 28, 2026, at 9:30 a.m., and re-sets it for July 9, 2026, at 9:30 a.m., before this Court.

IT IS SO FOUND AND ORDERED.
Dated: May 26, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

2